The judgment is reversed and the cause remanded.

## RANDOLPH v. STATE.

### No. 26658.

Court of Criminal Appeals of Texas.

Dec. 2, 1953.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

WOODLEY, Judge.

The conviction is for the offense of possessing whisky for the purpose of sale, in a dry area. Appellant waived a trial by jury and entered his plea of guilty before the

court. Punishment was assessed at a fine of $250.

All proceedings appear to be regular. The record is brought forward without a statement of facts or bills of exception. Nothing is presented for review by this court.

The judgment is affirmed.